UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nicole DellaPenna

Write the full name of each plaintiff.

_____CV_____________
(Include case number if one has been assigned)

-against-

City of Batavia Police Department
Tyler Stewart
John Doe 1, 2, & 3

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes ☒ No

SDNY PRO SE OFFICE
2026 SEP 25 AM 11:55

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other: Resulted in/with serious physical injury from incident.

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Nicole M. DellaPenna

First Name Middle Initial Last Name

N/A

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

DIN #26G0230 Bedford / 15G0470 Albion 2015-2017

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Bedford Hills Correctional Facility - moving to Albion after November 2026 - Reclassified

Current Place of Detention

247 Harris Rd

Institutional Address

Westchester, Bedford Hills N.Y. 10507-2499

County, City State Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced prisoner

☐ Other: ______________________

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Tyler Stewart 133
First Name Last Name Shield #
City of Batavia Police Officer
Current Job Title (or other identifying information)
31 Bank Street
Current Work Address
Genesee, Batavia N.Y. 14020
County, City State Zip Code

Defendant 2: John Doe #1
First Name Last Name Shield #
City of Batavia Police Officer
Current Job Title (or other identifying information)
31 Bank Street
Current Work Address
Genesee, Batavia N.Y. 14020
County, City State Zip Code

Defendant 3: John Doe #2
First Name Last Name Shield #
City of Batavia Police Officer
Current Job Title (or other identifying information)
31 Bank Street
Current Work Address
Genesee, Batavia N.Y. 14020
County, City State Zip Code

Defendant 4: John Doe #3
First Name Last Name Shield #
City of Batavia Police Officer
Current Job Title (or other identifying information)
31 Bank Street
Current Work Address
Genesee, Batavia N.Y. 14020
County, City State Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: City of Batavia, Genesee County, N.Y. 14020

Date(s) of occurrence: November 14th, 2025

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On November 14th, 2025 at around 1:30 am I was approached by a police vehichle as I was walking through a common area off Harvester Ave., Batavia, N.Y. 14020. The police officer (John Doe) proceeded to ask me what I was doing and I replied by saying "just walking through." I proceeded to walk because I was not doing anything wrong, and the officer sped up behind me turning on his lights and proceeded to immediately say "get into the back of the vehichle" for no reason whatsoever. I responded by saying "I'm out" and tried to run to a common open area b/c the spot is a back alley way pass through and I was immediately creeped out by his illegal actions that were performed. As I reached Main St. now in a open lighted area in a front yard, there were multiple police officers saying I was under arrest and I immediately put my hands up in the air not resisting arrest. There was four officers (Tyler Stewart, John Doe 1, 2 & 3) surrounding me at this point for which reason I didn't understand and they didn't even have me identified at this point. They proceeded to put my hands behind my back as I asked them "why they were doing this to me several times with no response given. As my hands were behind my back after several seconds I felt an excessive force of pressure on the back of my right leg by the back knee area and immediately fell to the ground. I began to question why they were doing this to me and provided me with no ligitiment reasoning of answering. They began to illegaly search me and I again asked why and asked them who I was repeatedly and proceeded to tell them I wanted a female officer to continue to search me and they said "there is not one on duty and questioned that as well with no response. They began to use excessive

force holding and pinning me down, then laying there body on top of me and against my right knee again and then I began to have extreme pain there and throughout my whole body. They also proceeded to roll me in dog feces as they were "trying to find something on me." In the process they called me several different names which included Shelby Fryer and Sarah Malone, which is clearly not my name. They found nothing on me that was illegal and I was searched again by Sheriff Bezon a female officer before being placed in a police vehichle. I was then escorted to the City of Batavia Police dept., issued two tickets and released immediately after processing. At sentencing I recieved the charge of → Back of page

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was injured during this encounter with a severe ligiment issue to my right knee and general pain all over my body from excessive force used/conducted. RRH Urgent Care in Batavia, N.Y. 14020 documented the incident and gave me a knee brace and crutches from not being able to walk on right leg. 11/25, A orthopedic appt. was made, went to initial, never finished with MRI due to being detained at Genesee County Jail and never recieved outside medical in the 5 months there detained. I am currently in physical therapy at Bedford Hills Correctional Facility for rehabilitation from prior neglect at GCJ. I'm not sure if I will need surgery in the future, and now suffer with hip and back pain as well.

**VI. RELIEF**

State briefly what money damages or other relief you want the court to order.

I would like the Court to make sure I get adequate healthcare, appts., and rehabilitation for ongoing issues while incarcerated and after if future problems arise. I am also asking for a cash settlement for $150,000.00 for the following reasons: illegal search & seizure protocol, police misconduct and improper training protocol, serious physical injury executed by police officials, immense trauma, pain & suffering, and PTSD from incident for it has affected me tremendously beyond measures. I would also like to impose to remove the charge that was placed upon me due to multiple inadequacies and false statements in deposition. Thank you for your time and consideration.

Obstruction of Government in the 2nd, Class A misdemeanor and a fine. My POA Lynne Geissler and Attorney Zack Baisley have the USB footage for proof of the incident if it's needed to proceed further more efficiently.

* On my RAP Sheet
- Arrest date: November 14, 2025 1:55am
- Place of arrest: City of Batavia, Genesee County, N.Y.
- Criminal Justice Tracking No. 71400033N
- Arresting Officer ID: 133
- Incident number: 2025000020398
- Arrest number: 2025000020398
- Arrest Charges:
• Resisting Arrest PL 205.30 Class A misdemeanor Degree 0 NCIC 4801
• Obstruct governmental Administration - 2nd degree PL 195.05 Class A misdemeanor Degree 2 NCIC 5099

* Sentenced in Batavia City Court on 8/12/26 with Judge Rogers
- Reduced to Obstruct Government Administration - 2nd degree PL 195.05 Class A misdemeanor NCIC 5099 with a fine imposed as well.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

9/16/26 — Dated

Nicole M. DellaPenna — Plaintiff's Signature

Nicole — First Name | M. — Middle Initial | DellaPenna — Last Name

247 Harris Rd. — Prison Address

Westchester, Bedford Hills — County, City | N.Y. — State | 10507-2499 — Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 9/16/26

Nicole DellaPenna 26G0230
Bedford Hills Correctional Facility
247 Harris Rd, PO Box 1000
Bedford Hills, N.Y. 10507-2499

9/16/26

RECEIVED
SDNY PRO SE OFFICE
2026 SEP 25 AM 11:56

To: Pro Se Intake Unit

As of 8/5/26 I had another review for my Classification Status and will be reduced from a Max to medium Status. After my semi-annual review in Nov.
2026 I am suppose to be moving to a different facility, Should be Albion Correctional Facility due to proximity factors. I will keep this Division updated on the transfer process after it occurs. For now all correspondence Can be sent to Bedford Hills Correctional Facility.
Thank you.

Nicole M. DellaPenna
26G0230

BEDFORD HILLS CORRECTIONAL FACILITY
P.O. BOX 1000
BEDFORD HILLS, N.Y. 10507-2499

NAME: Nicole DellaPenna DIN: 26G0230

Legal Mail

SDNY PRO SE OFFICE
2026 SEP 25 AM 11:56

WESTCHESTER NY 105
22 SEP 2026 PM 1 L

NEOPOST
09/22/2026
US POSTAGE $001.07[0]
IMI
ZIP 10507
041M11272300

USPIP3
SDNY

Pro Se Intake Unit
500 Pearl Street
New York, N.Y. 10007

10007-131699